UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

B.D. and D.D., parents of C.D.,

    Plaintiffs,

  v.

PUYALLUP SCHOOL DISTRICT,

    Defendant.

Case No. C09-5020RJB

ORDER TO SEAL DOCUMENTS
AND FILE REDACTED COPIES
OF SEALED DOCUMENTS

This matter comes before the Court *sua sponte*. On January 15, 2009, plaintiffs filed a complaint. Dkt. 1. The complaints contains private and personal information, the name of the minor child, that needs to be redacted from public documents.

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers - redact to the last four digits

* Financial Accounting Information - redact to the last four digits

The General Order was issued by the court pursuant to the official policy on privacy

ORDER TO SEAL AND
FILE REDACTED COPIES - 1

1  adopted by the Judicial Conference of the United States and can be found on the court's website
2  at http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must
3  comply with the Privacy Policy and the General Order.

4  In order to restrict access to the private and confidential information that has already
5  made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to
6  seal the complaint (Dkt. 1).  Plaintiffs are directed to promptly review the complaint to ensure
7  that it does not contain additional information that should have been redacted.  Plaintiffs shall
8  make every effort to avoid such public disclosures of confidential information in the future.

9  As a result of the improper filings, a substantial portion of the record is now sealed,
10 which is inconsistent with the public's right of access.  Plaintiffs are therefore **ORDERED** to
11 file, within ten days of the date of this order, redacted copies of the complaint, which has been
12 sealed in this case.  If plaintiffs have any questions about the Privacy Policy and the General
13 Order or need assistance in filing and properly labeling the redacted copies, they should contact
14 the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

16  DATED this 20th day of January, 2009.

_____
Robert J Bryan
United States District Judge

ORDER TO SEAL AND
FILE REDACTED COPIES - 2